1
2
3                    UNITED STATES DISTRICT COURT
4                   EASTERN DISTRICT OF WASHINGTON
5

6  | MARIA CHEESEMAN,              | No. 12-cv-603-JPH
7  |         Plaintiff,            | ORDER ADOPTING REPORT AND
8  | vs.                           | RECOMMENDATION
9  | CAROLYN W. COLVIN, Acting
10 | Commissioner of Social Security,
11 |         Defendant.

12    **BEFORE THE COURT** for resolution is the Report and Recommendation

13 entered on January 2, 2014, **ECF No. 20,** recommending the case be reversed and

14 remanded for further administrative proceedings.

15    No objections have been filed.

16    Having reviewed the Report and Recommendation, ECF No. 20, to grant

17 Plaintiff's Motion for Summary Judgment (ECF No. 14) and REVERSE and

18 REMAND for further administrative proceedings, it is **ADOPTED in its entirety**.

19


ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

**DATED** this 21st day of January, 2014.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge

ORDER - 2